# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE T. BRONK,

      Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                            12-cv-833-wmc

TRUSTEE JOHN M. CIRILLI,

      Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

_____       _____
Peter Oppeneer, Clerk of Court                  Date