IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE T. BRONK,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                             12-cv-833-wmc

TRUSTEE JOHN M. CIRILLI,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

_____       12/18/12
Peter Oppeneer, Clerk of Court               Date